**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus Angel FLORES, Defendant–**
**Appellant.**

**No. 06–20243**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jerome Godinich, Jr., Law Office of Jerome Godinich Jr., Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

## PER CURIAM: *

The attorney appointed to represent Jesus Angel Flores has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Flores has responded to counsel's motion.

Our independent review of counsel's brief, Flores's response, and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.